AO 154 (10/03) Substitution of Attorney

**FILED**

JAN - 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| LAWRENCE KEEFAUVER | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| BANK OF AMERICA N.A. | CASE NUMBER: 5:12-CV-06080-HRL |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Bank of America N.A.__ substitutes
(Party(s) Name)

__Raagini Shah, REED SMITH LLP__, State Bar No. __268022__ as counsel of record in
(Name of New Attorney)

place of __Charles W. Nunley of Malcolm Cisneros, a Law Corporation__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: REED SMITH LLP
Address: 355 South Grand Ave. Suite 2900, Los Angeles, CA 90071
Telephone: (213) 457-8000   Facsimile (213) 457-8080
E-Mail (Optional): rshah@reedsmith.com

I consent to the above substitution.
Date: _____ 2013
(Signature of Party(s))

I consent to being substituted.
Date: 1/2/2013
/s/ Charles W. Nunley
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: January 3, 2013
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 1/4/13

Judge
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]