**FILED**

★AO 154 (10/03) Substitution of Attorney

JAN - 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

LAWRENCE KEEFAUVER
         Plaintiff (s),

V.

BANK OF AMERICA N.A.
         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:12-CV-06080-HRL

Notice is hereby given that, subject to approval by the court, __Bank of America N.A.__ substitutes
                                                                                           (Party (s) Name)

__Raagini Shah, REED SMITH LLP__ , State Bar No. __268022__ as counsel of record in
(Name of New Attorney)

place of __Charles W. Nunley of Malcolm Cisneros, a Law Corporation__ .
                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        REED SMITH LLP
    Address:            355 South Grand Ave. Suite 2900, Los Angeles, CA 90071
    Telephone:       (213) 457-8000           Facsimile  (213) 457-8080
    E-Mail (Optional):  rshah@reedsmith.com

I consent to the above substitution.
Date: _____
                                       (Signature of Party (s))

I consent to being substituted.
Date: __1/2/2013__
    /s/ Charles W. Nunley
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __January 3, 2013__
                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __1/4/13__
                                       Judge
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]