**FILED**

JUL 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE KEEFAUVER,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No.: 5:12-CV-06080-HRL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO PERMIT AMENDMENT TO NAME FIA CARD SERVICES, N.A. AS DEFENDANT<br><br>(RE: Docket No. 37) |

The Court, having reviewed and considered the Parties' stipulation to permit amendment to name FIA Card Services, National Association as Defendant and good cause appearing therefore, hereby orders that: (1) Plaintiff Lawrence Keefauver may have up until and including July 30, 2013 to file a First Amended Complaint naming FIA Card Services, National Association as defendant.

IT IS SO ORDERED.

Dated: 7/30/13

_____
HON. HOWARD R. LLOYD

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO PERMIT AMENDMENT - 1