**FILED**

JUL 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE KEEFAUVER,

    Plaintiff,

vs.

BANK OF AMERICA, NATIONAL ASSOCIATION, AN FDIC INSURED CORPORATION AND DOES 1-100 INCLUSIVE,

    Defendants.

Case No.: 5:12-CV-06080-HRL

[PROPOSED] ORDER GRANTING STIPULATION TO PERMIT AMENDMENT TO NAME FIA CARD SERVICES, N.A. AS DEFENDANT

(RE: Docket No. 37)

The Court, having reviewed and considered the Parties' stipulation to permit amendment to name FIA Card Services, National Association as Defendant and good cause appearing therefore, hereby orders that: (1) Plaintiff Lawrence Keefauver may have up until and including July 30, 2013 to file a First Amended Complaint naming FIA Card Services, National Association as defendant.

IT IS SO ORDERED.

Dated: 7/30/13

_____
HON. HOWARD R. LLOYD

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO PERMIT AMENDMENT - 1